**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BRANDON CALLIER,** | ) | |
| | ) | **22-CV-00399-FM** |
| *Plaintiff,* | ) | |
| | ) | |
| **JUMPSTART FINANCIAL, LLC,** | ) | |
| a Texas Limited Liability Company**,** | ) | |
| **JACK SEIGLER, ARNOLD & SMITH** | ) | |
| **LAW, PLLC,** an Oklahoma Professional | ) | |
| Limited Liability Company, and | ) | |
| **DENNIS SMITH,** | ) | |
| | ) | |
| *Defendants.* | ) | |

**DEFENDANTS' ARNOLD & SMITH LAW, PLLC AND DENNIS SMITH'S ANSWER**

**COMES NOW,** Defendant Arnold & Smith Law, PLLC, an Oklahoma Professional Limited Liability Company ("A&S") and Defendant Dennis Smith ("Mr. Smith") (hereinafter A & S and Mr. Smith are sometimes referred to collectively as "Defendants"), by and through its counsel Robert R. Titus, and Answers Plaintiff's Original Complaint as follows:

**PRELIMINARY STATEMENT:**

1. Paragraph 1 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiff's Petition, and therefore denies those allegations.

2. Paragraph 2 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form

a belief as to the truth of the allegations contained in paragraph 1 of Plaintiff's Petition, and therefore denies those allegations.

3. Denied, Plaintiff consented to receive the calls from the Defendants A&S and Mr. Smith by signing the representation agreement and specifically requesting such calls.

## PARTIES:

4. The Defendants are without sufficient information to admit or deny the averment contained in paragraph 4 and therefore denies the same.

5. The Defendants are without sufficient information to admit or deny the averment contained in paragraph 5 and therefore denies the same.

6. The Defendants are without sufficient information to admit or deny the averment contained in paragraph 6 and therefore denies the same.

7. Admit.

8. Admit.

9. Paragraph 9 does not require a response. In as much as a response is required, Defendant denies the same.

## JURISDICTION AND VENUE

10. **Jurisdiction:** Denied. The Defendants made no robocalls to the Plaintiff.

11. **Personal Jurisdiction**: Denied

12. **Venue:** Denied

## **Statutory Background**

## **Telephone Consumer Protection Act**

13. Paragraph 13 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 13 of Plaintiff's Petition, and therefore denies those allegations.

The TCPA Prohibits Automated Telemarketing Calls

14. Paragraph 14 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 14 of Plaintiff's Petition, and therefore denies those allegations.

15. Paragraph 15 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 15 of Plaintiff's Petition, and therefore denies those allegations.

16. Paragraph 16 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form

a belief as to the truth of the allegations contained in paragraph 16 of Plaintiff's Petition, and therefore denies those allegations.

17. Paragraph 17 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 17 of Plaintiff's Petition, and therefore denies those allegations.

18. Paragraph 18 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 18 of Plaintiff's Petition, and therefore denies those allegations.

The National Do-Not-Call Registry

19. Paragraph 19 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 19 of Plaintiff's Petition, and therefore denies those allegations.

20. Paragraph 20 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 20 of Plaintiff's Petition, and therefore denies those allegations.

21. Paragraph 21 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 21 of Plaintiff's Petition, and therefore denies those allegations.

**The TCPA Imposes Personal Liability on Individuals Who Participate in or Commission Telemarking Calls**

22. Paragraph 22 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 22 of Plaintiff's Petition, and therefore denies those allegations.

23. Paragraph 23 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 23 of Plaintiff's Petition, and therefore denies those allegations.

**The Texas Business and Commerce Code § 302.101**

24. Paragraph 24 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 24 of Plaintiff's Petition, and therefore denies those allegations.

25. Paragraph 25 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 25 of Plaintiff's Petition, and therefore denies those allegations.

26. Paragraph 26 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 26 of Plaintiff's Petition, and therefore denies those allegations.

## FACTUAL ALLEGATIONS

27. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 27, specifically regarding the other Defendants in this case, and therefore deny the same.

28. Denied.

29. Denied.

30. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 30 and therefore deny the same.

31. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 31 and therefore deny the same.

32. The Defendant are without sufficient information to admit or deny the averment. contained in paragraph 32 and therefore deny the same.

33. The Defendants are without sufficient information to admit or deny the averment.

contained in paragraph 33 and therefore deny the same.

34. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 34 and therefore deny the same.

35. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 35 and therefore deny the same. Moreover, Defendants A & S and Mr. Smith have no connection to the phone number that made this call and has a Client Referral and Legal Select Agreement, executed by JumpStart Financial, LLC (hereinafter “JumpStart”), that specifically indemnifies A & S and Mr. Smith from all allegations in this Petition. Additionally, the Client Referral and Legal Select Agreement specifically provides that A & S and Mr. Smith are not agents of JumpStart nor is JumpStart authorized to act on behalf of A & S or Mr. Smith.

36. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 36 and therefore deny the same. Moreover, Defendants A & S and Mr. Smith have no connection to the phone number that made this call and has a Client Referral and Legal Select Agreement, executed by JumpStart, that specifically indemnifies A & S and Mr. Smith from all allegations in this Petition. Additionally, the Client Referral and Legal Select Agreement specifically provides that A & S and Mr. Smith are not agents of JumpStart nor is JumpStart authorized to act on behalf of A & S or Mr. Smith.

37. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 37 and therefore deny the same. Moreover, Defendants A & S and Mr. Smith have no connection to the phone number that made this call

and has a Client Referral and Legal Select Agreement, executed by JumpStart, that specifically indemnifies A & S and Mr. Smith from all allegations in this Petition. Additionally, the Client Referral and Legal Select Agreement specifically provides that A & S and Mr. Smith are not agents of JumpStart nor is JumpStart authorized to act on behalf of A & S or Mr. Smith.

38. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 38 and therefore deny the same.

39. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 39 and therefore deny the same. Moreover, Defendants A & S and Mr. Smith have no connection to the phone number that made this call and has a Client Referral and Legal Select Agreement, executed by JumpStart, that specifically indemnifies A & S and Mr. Smith from all allegations in this Petition. Additionally, the Client Referral and Legal Select Agreement specifically provides that A & S and Mr. Smith are not agents of JumpStart nor is JumpStart authorized to act on behalf of A & S or Mr. Smith.

40. The Defendants are without sufficient information to admit or deny the averment contained in paragraph 40 and therefore denies the same.

41. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 41 and therefore deny the same. Moreover, Defendants A & S and Mr. Smith have no connection to the phone number that made this call and has a Client Referral and Legal Select Agreement, executed by JumpStart, that specifically indemnifies A & S and Mr. Smith from all allegations in this Petition. Additionally, the Client Referral and Legal Select Agreement

specifically provides that A & S and Mr. Smith are not agents of JumpStart nor is JumpStart authorized to act on behalf of A & S or Mr. Smith.

42. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 42 and therefore deny the same.

43. Denied as to A & S nor Mr. Smith.

44. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 44 and therefore deny the same. Moreover, Defendants A & S and Mr. Smith have no connection to the phone number that made this call and has a Client Referral and Legal Select Agreement, executed by JumpStart, that specifically indemnifies A & S and Mr. Smith from all allegations in this Petition. Additionally, the Client Referral and Legal Select Agreement specifically provides that A & S and Mr. Smith are not agents of JumpStart nor is JumpStart authorized to act on behalf of A & S or Mr. Smith.

45. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 45 and therefore deny the same.

46. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 46 and therefore deny the same.

47. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 47 and therefore deny the same.

48. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 48 and therefore deny the same.

49. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 49 and therefore deny the same.

50. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 50 and therefore deny the same. Moreover, Defendants A & S and Mr. Smith have no connection to the phone number that made this call and has a Client Referral and Legal Select Agreement, executed by JumpStart, that specifically indemnifies A & S and Mr. Smith from all allegations in this Petition. Additionally, the Client Referral and Legal Select Agreement specifically provides that A & S and Mr. Smith are not agents of JumpStart nor is JumpStart authorized to act on behalf of A & S or Mr. Smith.

51. Admitted that Defendant signed the Contract, denied that the Defendant had to sign the Contract to determine the identify of the A & S.

52. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 52 and therefore deny the same.

53. Admitted.

54. Admitted as to the phone call occurring and denied as to the content of the phone call and the reason's Plaintiff hung up the phone.

55. Admitted as to the phone call occurring and denied as to the content of the phone call.

56. Admitted as to the phone call occurring and denied as to the content of the phone call.

57. Denied.

58. The Defendants are without sufficient information to admit or deny the averment.

contained in paragraph 58 and therefore deny the same.

59. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 59 and therefore deny the same. Moreover, Defendants A & S and Mr. Smith have no connection to the phone number that made these calls and have a Client Referral and Legal Select Agreement, executed by JumpStart, that specifically indemnifies A & S and Mr. Smith from all allegations in this Petition. Additionally, the Client Referral and Legal Select Agreement specifically provides that A & S and Mr. Smith are not agents of JumpStart nor is JumpStart authorized to act on behalf of A & S or Mr. Smith.

60. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 60 and therefore deny the same.

61. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 61 and therefore deny the same.

62. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 62 and therefore deny the same.

63. Denied. A & S and Mr. Smith only contacted the Plaintiff after he signed their agreement to do so. The Plaintiff did not need to sign the agreement to determine the identify of A & S or Mr. Smith, he did so only to “download the contract.”

64. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 64 and therefore deny the same.

65. Paragraph 65 of Plaintiff’s Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form

a belief as to the truth of the allegations contained in paragraph 65 of Plaintiff's Petition, and therefore denies those allegations.

66. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 66 and therefore deny the same.

67. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 67 and therefore deny the same.

68. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 68 and therefore deny the same. A & S nor Mr. Smith made any of the calls that were part of this Petition and are specifically indemnified and contractual excluded by the company from being considered as an agent or authorized in any capacity by JumpStart.

69. Admitted.

70. Denied any calls the A & S or Mr. Smith made to the Plaintiff were only after he signed the agreement with A & S.

71. Denied.

72. The Defendants are without sufficient information to admit or deny the averment. contained in paragraph 72 and therefore deny the same.

**VICARIOUS LIABILITY OF DEFENDANTS A&S and SMITH**

73. Denied. Defendants A & S and Mr. Smith have no connection to the phone number that made these calls and have a Client Referral and Legal Select Agreement, executed by JumpStart, that specifically indemnifies A & S and Mr. Smith from all allegations in this Petition. Additionally, the Client Referral and Legal Select Agreement specifically provides that A & S and Mr. Smith are not

agents of JumpStart nor is JumpStart authorized to act on behalf of A & S or Mr. Smith.

74. Denied. Defendants A & S and Mr. Smith have no connection to the phone number that made these calls and have a Client Referral and Legal Select Agreement, executed by JumpStart, that specifically indemnifies A & S and Mr. Smith from all allegations in this Petition. Additionally, the Client Referral and Legal Select Agreement specifically provides that A & S and Mr. Smith are not agents of JumpStart nor is JumpStart authorized to act on behalf of A & S or Mr. Smith.

75. Paragraph 75 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 75 of Plaintiff's Petition, and therefore denies those allegations.

76. Paragraph 76 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 76 of Plaintiff's Petition, and therefore denies those allegations.

77. Paragraph 77 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form

a belief as to the truth of the allegations contained in paragraph 77 of Plaintiff's Petition, and therefore denies those allegations.

78. Paragraph 78 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 78 of Plaintiff's Petition, and therefore denies those allegations.

79. Paragraph 79 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 79 of Plaintiff's Petition, and therefore denies those allegations.

80. Paragraph 80 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 80 of Plaintiff's Petition, and therefore denies those allegations.

81. Paragraph 81 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 81 of Plaintiff's Petition, and therefore denies those allegations.

82. Paragraph 82 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 82 of Plaintiff's Petition, and therefore denies those allegations.

83. Denied. Defendants A & S and Mr. Smith have no connection to the phone numbers that made these calls and have a Client Referral and Legal Select Agreement, executed by JumpStart, that specifically indemnifies A & S and Mr. Smith from all allegations in this Petition. Additionally, the Client Referral and Legal Select Agreement specifically provides that A & S and Mr. Smith are not agents of JumpStart nor is JumpStart authorized to act on behalf of A & S or Mr. Smith.

84. Denied. Defendants A & S and Mr. Smith have no connection to the phone numbers that made these calls and have a Client Referral and Legal Select Agreement, executed by JumpStart, that specifically indemnifies A & S and Mr. Smith from all allegations in this Petition. Additionally, the Client Referral and Legal Select Agreement specifically provides that A & S and Mr. Smith are not agents of JumpStart nor is JumpStart authorized to act on behalf of A & S or Mr. Smith.

85. Denied. Defendants A & S and Mr. Smith have no connection to the phone numbers that made these calls and have a Client Referral and Legal Select Agreement, executed by JumpStart, that specifically indemnifies A & S and Mr. Smith from all allegations in this Petition. Additionally, the Client Referral and

Legal Select Agreement specifically provides that A & S and Mr. Smith are not agents of JumpStart nor is JumpStart authorized to act on behalf of A & S or Mr. Smith.

86. Denied. Defendants A & S and Mr. Smith have no connection to the phone numbers that made these calls and have a Client Referral and Legal Select Agreement, executed by JumpStart, that specifically indemnifies A & S and Mr. Smith from all allegations in this Petition. Additionally, the Client Referral and Legal Select Agreement specifically provides that A & S and Mr. Smith are not agents of JumpStart nor is JumpStart authorized to act on behalf of A & S or Mr. Smith.

87. Denied.

88. Denied.

89. Paragraph 89 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 89 of Plaintiff's Petition, and therefore denies those allegations.

90. Denied. Defendants A & S and Mr. Smith have no connection to the phone numbers that made these calls and have a Client Referral and Legal Select Agreement, executed by JumpStart, that specifically indemnifies A & S and Mr. Smith from all allegations in this Petition. Additionally, the Client Referral and Legal Select Agreement specifically provides that A & S and Mr. Smith are not

agents of JumpStart nor is JumpStart authorized to act on behalf of A & S or Mr. Smith.

91. This paragraph does not define "absolute control" nor "customer." A & S always has control over whether to accept its clients or not and has no control over what JumpStart does nor how it markets. Denied as to the language used in this question.

92. Denied.

93. Denied.

94. Paragraph 94 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 94 of Plaintiff's Petition, and therefore denies those allegations.

95. Paragraph 95 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 95 of Plaintiff's Petition, and therefore denies those allegations.

96. Paragraph 96 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 96 of Plaintiff's Petition, and therefore denies those allegations.

97. Paragraph 97 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 97 of Plaintiff's Petition, and therefore denies those allegations.

98. Denied. Defendants A & S and Mr. Smith have no connection to the phone numbers that made these calls and have a Client Referral and Legal Select Agreement, executed by JumpStart, that specifically indemnifies A & S and Mr. Smith from all allegations in this Petition. Additionally, the Client Referral and Legal Select Agreement specifically provides that A & S and Mr. Smith are not agents of JumpStart nor is JumpStart authorized to act on behalf of A & S or Mr. Smith.

**DEFENDANTS DENNIS SMITH and JACK SEIGLER ARE PERSONALLY LIABLE**

99. Paragraph 99 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 99 of Plaintiff's Petition, and therefore denies those allegations.

100. Denied. Defendants A & S and Mr. Smith have no connection to the phone numbers that made these calls and have a Client Referral and Legal Select Agreement, executed by JumpStart, that specifically indemnifies A & S and Mr. Smith from all allegations in this Petition. Additionally, the Client Referral and

Legal Select Agreement specifically provides that A & S and Mr. Smith are not agents of JumpStart nor is JumpStart authorized to act on behalf of A & S or Mr. Smith.

101. Paragraph 101 does not require a response from A & S or Mr. Smith. In as much as a response is required, Defendants deny the same.

102. Denied. No calls alleged in this Petition as violations under the TCPA were made by A & S.

103. Paragraph 103 does not require a response from A & S or Mr. Smith. In as much as a response is required, Defendants deny the same.

104. Denied.

105. Admitted.

106. The Defendants are without sufficient information to admit or deny the averment contained in paragraph 106 and therefore deny the same.

107. The Defendants are without sufficient information to admit or deny the averment contained in paragraph 107 and therefore deny the same.

108. Denied.

109. Paragraph 109 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 109 of Plaintiff's Petition, and therefore denies those allegations.

110. Paragraph 110 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a

response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 110 of Plaintiff's Petition, and therefore denies those allegations.

111. Paragraph 111 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 111 of Plaintiff's Petition, and therefore denies those allegations.

112. Paragraph 112 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 112 of Plaintiff's Petition, and therefore denies those allegations.

113. Denied.

114. The Defendants are without sufficient information to admit or deny the averment contained in paragraph 114 and therefore deny the same.

115. Denied.

116. The Defendants are without sufficient information to admit or deny the averment contained in paragraph 116 and therefore deny the same.

117. Denied

118. The Defendants are without sufficient information to admit or deny the averment contained in paragraph 118 and therefore deny the same.

119. Denied as to Mr. Smith.

120. Denied as to Mr. Smith.

121. Denied.

122. The Defendants are without sufficient information to admit or deny the averment contained in paragraph 122 and therefore deny the same.

123. Denied.

124. Paragraph 124 does not require a response from Mr. Smith or A & S. In as much as a response is required, Defendants deny the same.

125. Denied. Defendants A & S and Mr. Smith have no connection to the phone numbers that made these calls and have a Client Referral and Legal Select Agreement, executed by JumpStart, that specifically indemnifies A & S and Mr. Smith from all allegations in this Petition. Additionally, the Client Referral and Legal Select Agreement specifically provides that A & S and Mr. Smith are not agents of JumpStart nor is JumpStart authorized to act on behalf of A & S or Mr. Smith.

126. The Defendants are without sufficient information to admit or deny the averment contained in paragraph 126 and therefore deny the same.

127. Denied.

128. The Defendants are without sufficient information to admit or deny the averment contained in paragraph 128 and therefore denies the same.

**INJURY, HARM, DAMAGES, AND ACTUAL DAMAGES**

**AS A RESULT OF THE CALLS**

129. Paragraph 129 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a

response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 129 of Plaintiff's Petition, and therefore denies those allegations.

130. Paragraph 130 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 130 of Plaintiff's Petition, and therefore denies those allegations.

131. Paragraph 131 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 131 of Plaintiff's Petition, and therefore denies those allegations.

132. Paragraph 132 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 132 of Plaintiff's Petition, and therefore denies those allegations.

133. The Defendants are without sufficient information to admit or deny the averment contained in paragraph 133 and therefore deny the same.

**Plaintiff's Cell Phone is a Residential Number**

134. The Defendant is without sufficient information to admit or deny the averment contained in paragraph 134 and therefore denies the same.

**Violations of the Texas Business and Commerce Code 305.053**

135. The Defendant is without sufficient information to admit or deny the averment contained in paragraph 135 and therefore denies the same.

136. The Defendant is without sufficient information to admit or deny the averment contained in paragraph 136 and therefore denies the same.

**Violations of the Texas Business and Commerce Code § 302.101**

137. Paragraph 137 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 137 of Plaintiff's Petition, and therefore denies those allegations.

138. Paragraph 138 of Plaintiff's Petition contains legal conclusions that do not require a response from Defendants, as the document speaks for itself. To the extent a response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 138 of Plaintiff's Petition, and therefore denies those allegations.

## CAUSES OF ACTION

### I FIRST CLAIM FOR RELIEF

**(Non-Emergency Robocalls to Cellular Telephones, 47 U.S.C. § 227(b)(1)(A))**

**(Against All Defendants)**

139. Paragraph 139 does not require a response. In as much as a response is required, Defendants deny the same.

140. Denied.

141. Denied.

142. Denied.

143. Denied.

## II. SECOND CLAIM FOR RELIEF

**(Violation of the TCPA "Sales CaIIIDNC" Prohibition, 47 U.S.C. § 227(c) et seq.)**

144. Paragraph 144 does not require a response. In as much as a response is required, Defendants denies the same.

145. Denied.

146. Denied.

147. Denied.

148. Denied.

149. Paragraph 149 does not require a response. In as much as a response is required, Defendant denies the same.

## III. THIRD CLAIM FOR RELIEF:

**(Violations of The Texas Business and Commerce Code 305.053)**

150. Paragraph 150 does not require a response. In as much as a response is required, Defendants deny the same.

151. Denied.

152. Denied.

153. Denied.

## IV. FOURTH CLAIM FOR RELIEF

## (Violations of The Texas Business and Commerce Code 302.101)

154. Paragraph 154 does not require a response. In as much as a response is required, Defendants deny the same.

155. Denied.

156. Denied.

157. Denied.

## AFFIRMATIVE DEFENSES

Defendants assert the following defenses, each as separate and distinct defenses to Plaintiff's alleged causes of action. Insofar as any of the following expresses denials of an element of the claims, or any of them, alleged against Defendants such expression is in no way intended as a concession that Plaintiff is relieved of his burden to prove each and every element of any such claim.

1. Except as expressly admitted herein, Defendants deny each and every allegation set forth in Plaintiff's Petition.

2. Plaintiff's Petition fails to state a claim upon which relief can be granted against Defendants.

3. Plaintiff's claims are barred for failure of consideration.

4. Plaintiff is barred from any recovery on his Petition against because their actions were privileged, justified, or excused.

5. Plaintiff's claims are barred because alleged conduct was based on legitimate business justifications. Defendants acted at all times in good faith, without actual malice, and in furtherance of business interests.

6. Defendants state that, to the extent that Plaintiff is compensated for any alleged damages by receiving payment from any other persons or entities with respect to the matters set forth in Plaintiff's Petition, the amounts of any such compensation should be credited or off set against any recovery in accordance with Texas law.

7. Plaintiff's claim is barred, in whole or in part, by the "unclean hands" doctrine.

8. Defendants hereby give notice of their intent to rely upon such other and further affirmative defenses as may become available or apparent during the course of pretrial discovery. Therefore, Defendants expressly reserve the right to amend their Answer to add and assert such other and additional affirmative defenses.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that Plaintiff's Petition be dismissed as to these defendants, that they be awarded their costs incurred and expended regarding this matter, and that the Court grant its such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Defendants hereby demand a trial by jury as to all issues stated herein, and all issues so triable.

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2023, I presented the foregoing to the Clerk of the Court for filing and uploading to the Texas Courts e-Filing system that will send notice of electronic filing to all attorneys of record. The forgoing was also sent by e-electronic mail to the following:

Brandon Callier
6336 Franklin Trail
El Paso, Texas 79912
915-383-4604
callier74@gmail.com
***Plaintiff, pro se***

/s/ Robert R. Titus
Robert R. Titus, SBN 24081470