UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, DC 20580

June 15, 2023

**<u>Sent via Email</u>**
Robert Ray Titus
Titus Law Firm, LLC
7304 W. 130th Street, Suite 190
Overland Park, KS 66213
Email: rob@tituslawkc.com

Re: FOIA-2023-01222

Dear Robert Ray Titus:

This is a response from the Federal Trade Commission ("FTC") to your Freedom of Information Act ("FOIA") request dated June 11, 2023, seeking access to records that the FTC has on phone number 915-383-4604 for purposes of verifying registration on the Do Not Call List. In accordance with the FOIA and agency policy, we have searched our records, on June 13, 2023.

We have located one (1) page of responsive records. You are granted full access to the responsive records, which are enclosed. If you have any questions about the way we are handling your request or about the FOIA regulations or procedures, please contact Amber Howe at ahowe@ftc.gov.

If you are not satisfied with this response to your request, you may appeal by writing to Freedom of Information Act Appeal, Office of the General Counsel, Federal Trade Commission, 600 Pennsylvania Avenue, NW, Washington, DC 20580, or via email at FOIAAppeal@ftc.gov, within 90 days of the date of this letter. Please enclose a copy of your original request and a copy of this response.

**Exhibit 1**

You also may seek dispute resolution services from the FTC FOIA Public Liaison Richard Gold via telephone at 202-326-3355 or via e-mail at rgold@ftc.gov; or from the Office of Government Information Services via email at ogis@nara.gov, via fax at 202-741-5769, or via mail at National Archives and Records Administration, Office of Government Information Services, 8601 Adelphi Road, College Park, MD 20740. Please note that the FOIA Public Liaison's role relates to comments, questions, or concerns that a FOIA Requester may have with or about the FOIA Response. The FOIA Public Liaison's role does not relate to taking action in matters of private controversy nor can they resolve individual complaints.

Sincerely,

Burke W. Kappler

Burke W. Kappler
Acting Assistant General Counsel

Attachment(s)

**Exhibit 1**